**FREEM'S LTD., a New York Corporation, and LOU FREEDMAN, v. DAVIS CONSTRUCTION CO., INC., a Florida Corporation.**

5 So. (2nd) 857                                     Division B
January 9, 1942

Marion E. Sibley and Leon L. Stoller, for appellants.

Meyer, Davis & Weiss, for appellee.

PER CURIAM:

From an examination of the file in this case we are convinced that no error was committed by the chancellor, therefore, the decree is affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.